ST. EVE INTERNATIONAL, INC., PLAINTIFF *v* UNITED STATES, DEFENDANT.

Court No. 03-00068

### *JUDGMENT*

AQUILINO, *Judge*: The plaintiff having commenced this case to contest notices on Customs Form 4647 to redeliver specified women's wear imported via Entry Nos. 655–1146249–5, 655–1151865–0 and 655–115–2655–4, as well as notices of liquidated damages for failure to com-

ply with those redelivery demands; and the plaintiff having prayed for and obtained expedited trial and decision of its complaint; and the court having issued an opinion and order, slip op. 03–54, 27 CIT ____ , ____ F.Supp.2d ____ (May 15, 2003), denying certain requested relief but finding that plaintiff's goods bearing style numbers 65132, 65134, and 27–0180–3 are correctly classifiable under subheading 6109.10.0037 of the Harmonized Tariff Schedule of the United States (2002), textile category 352, based upon a fair preponderance of the evidence developed on the record, which thereby overcame the presumption of correctness on behalf of the U.S. Customs Service; and the court having ordered the parties to confer and present a proposed form of final judgment in accordance with slip op. 03–54; and counsel having complied with that direction; Now therefore, in accordance with slip op. 03–54, and after due deliberation, it is

ORDERED, ADJUDGED and DECREED that the Customs notices of redelivery (and for liquidated damages in connection therewith) in Entry Nos. 655–1146249–5, 655–1151865–0, and 655–1152655–4 each be, and they hereby are, vacated; and it is further hereby

ORDERED that the U.S. Bureau of Customs and Border Protection reliquidate the merchandise of Entry No. 655–1146249–5 under subheading 6109.10.0037 of the Harmonized Tariff Schedule of the United States (2002) at a rate of duty of 17.4 percent *ad valorem* and recover from the plaintiff any additional duties owed plus interest as provided by law.